**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                         No. 4:08CR00352-04 JLH

KAREEM HUGHES                                                  DEFENDANT

**ORDER**

Kareem Hughes' motion for termination of supervised release is GRANTED. Document #273. Kareem Hughes is hereby discharged and released from further supervision.

IT IS SO ORDERED this 29th day of October, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE